

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00612-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 29, 2014. Neither the brief nor a motion for extension of time has been filed. Appellant is representing himself, pro se. Therefore, on October 16, 2014, this court ordered appellant to file his brief no later than November 13, 2014. Our order informed appellant that if he failed to file the brief by this date or failed to reasonably explain the reason for his failure to do so, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

On October 22, 2014, appellant wrote a letter to this court stating he was not aware of whether he could proceed without paying costs on appeal and he needed a copy of the reporter's record to prepare his brief. In response to appellant's letter, on October 30, 2104, this court sent a letter to appellant informing him he could proceed with his appeal without paying costs, no reporter's record was taken, and his brief remained due November 13, 2014.

Apparently having not yet received our October 30, 2014 letter, appellant has filed a "Motion to Request Reporter's Record TRAP 34.6 and Extension of Time."

**No reporter's record was taken.** Therefore, all that remains to be done in this appeal is for the appellant to file his appellate brief. Although we recognize a pro se litigant may be held to "less stringent" standards, a pro se litigant is still required to comply with the law and rules of procedure. *Shull v. United Parcel Serv.*, 4 S.W.3d 46, 52-53 (Tex. App.—San Antonio 1999, pet. denied). **Therefore, appellant is hereby ORDERED to file a brief that complies with Rule**

**38.1 <u>no later than November 13, 2014.</u>** If appellant does not file a brief that complies with Rule 38.1, this appeal will be subject to dismissal for want of prosecution.

*Sandee Bryan Marion*

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

Keith E. Hottle
Clerk of Court